UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Re: REYMUNDO HERRERA AND ) 
MARGIE HERRERA ) Case No. 11-12545
) Chapter 13

## MOTION TO DISMISS CHAPTER 13 CASE

The above named Debtors do hereby make motion to this honorable Court in accordance with 11 U.S.C. §1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. §706, §1112, or §1208.

Dated this 7 day of Oct, 2011.

_____
REYMUNDO HERRERA, DEBTOR

_____
MARGIE HERRERA, DEBTOR

McBride & Associates, P.C.
Attorney for Debtors

By: _____
Sylvia A. Lanfair, OBA No. 30144
McBride and Associates, P.C.
3035 Northwest 63rd Street, Suite 229
Oklahoma City, Oklahoma 73116
(405) 842-7626
sylvia@okwills.com

### CERTIFICATE OF MAILING

Pursuant to Bankruptcy Rule 1009, I certify that on the 7th day of October, 2011, a true and correct copy of this Motion to Dismiss Chapter 13 Case, was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below and upon those parties in interest as listed on the following attached page(s):

_____
SYLVIA LANFAIR

USAT
215 Dean A. McGee, Room 408
Oklahoma City, Oklahoma 73102

John Hardeman
Post Office Box 1948
Oklahoma City, Oklahoma 73101

01 Meadowood Village
6345 East Reno Ave.
Midwest City, OK 73110

Aargon Agency Inc (original Credito
3025 W Sahara Ave
Las Vegas, NV 89102

American Family Insurance
6000 American Parkway
Madison, WI 53783

Arnold Harris, P C
222 W. Merchandise Mart Plaza
Chicago, IL 60554

Cmre Financial Svcs In (original Cr
3075 E Imperial Hwy Ste
Brea, CA 92821

Columbia House
Customer Service Center
P.O. Box 91601
Rantoul, IL 61866

Continental
C/o Security Finan Pob 3146
Spartanburg, SC 29304

Credit Acceptance
Po Box 513
Southfield, MI 48037

Credit Servi (original Creditor:01
Pob 60566
Oklahoma City, OK 73146

David Stanley Dodge

Debt Recovery Solution (original Cr
900 Merchants Concourse
Westbury, NY 11590

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104

H & H Legal Support Services
Scott Suchy
P O Box 720066
Oklahoma City, OK 73172

Integris Southwest Med Ctr-11
4401 S. Western Ave.
Oklahoma City, OK 73109

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114

International Portfolios Hma F
200 Barr Harbor Dr. #400 W
Conshohocken, PA 19428

Intl. Portfolio / Hma
406 SE 18th St.
Cape Coral, FL 33990

Mcs
4245 E.little Creek Rd
Norfolk, VA 23518

Medical

National Recovery Agency
P O Box 67015
Harrisburg, PA 17106

Norman Regional Hospital
910 N. Porter Ave.
Norman, OK 73069

Norstar Emergency Physicians
901 N Porter Avenue
Norman, OK 73071

Oklahoma Tax Commission
PO Box 269060
Oklahoma City, OK 73126-9060

Plains Commerce Bank
5109 S Broadband Ln
Sioux Falls, SD 57108

Plaza Fin-dc
4646 Se 29th
Del City, OK 73115

Professional Insurance Agency
400 N. Washington St.
Alexandria, VA 22314

Progressive Mgmt Syste (original Cr
1521 W Cameron Ave Fl 1
West Covina, CA 91790

Pssf Inc
2 Peachtree St NW, Ste 18-101
Atlanta, GA 30303

Regional Acceptance Co
1420 E Fire Tower Rd Ste
Greenville, NC 27858

Santander Consumer Usa
8585 N Stemmons Fwy Ste
Dallas, TX 75247

| | | |
|---|---|---|
| | Zenith Acquisition C (original Cred<br>170 North Pointe Parkway<br>Amherst, NY 14228 | World Acceptance<br>1911 S. Sunnylane, Ste E<br>Del City, OK 73115 |
| West Bay Acquis<br>42 Ladd St.<br>East Greenwich, RI 02818 | Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403 | Unknown (original Creditor:unknown) |
| Unknown | United Fin<br>4640 Se 29th St<br>Del City, OK 73115 | Tulsa Adjustment Burea (original Cr<br>1754 Utica Sq # 283<br>Tulsa, OK 74114 |
| Tridentasset.com (original Creditor<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022 | Total Card<br>5109 Broadband Ln<br>Sioux Falls, SD 57108 | Torres Credit Srv (original Credito<br>27 Fairview St Ste 301<br>Carlisle, PA 17015 |
| Tmobile<br>Tmobile Bankruptcy Team<br>P.O. Box 53410<br>Bellevue, WA 98015 | THOmas Ferguson Jr.<br>Walker, Ferguson & Ferguson<br>941 E. Britton Rd.<br>Oklahoma City, OK 73114 | T-mobile<br>P O Box 660252<br>Dallas, TX 75266-0252 |